

FILED

10/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0502

# IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0502

REBECCA RUTH OLNEY,

Petitioner,

v.

NINETEENTH JUDICIAL DISTRICT COURT,
HON. MATTHEW CUFFE, Presiding,

Respondent.

FILED

OCT 0 8 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Petitioner Rebecca Ruth Olney ask this Court to exercise supervisory control over the Montana Nineteenth Judicial District Court, Lincoln County, in Cause Nos. DC-21-68 and DC-21-69, respectively. Petitioner asserts she is being illegally detained when the District Court lost jurisdiction by failing to hold a review hearing within 90 days from November 2, 2020, when it was determined Petitioner was unfit to proceed. Petitioner contends she is in custody and the District Court has no jurisdiction to continue to keep her in custody, rendering the normal remedy of appeal inadequate. This Court has reviewed the Petition for Writ of Supervisory Control, in addition to the supporting documents filed with the Petition. The Court determines a response is appropriate.

IT IS ORDERED that the Nineteenth Judicial District Court, Lincoln County, and/or counsel for the State of Montana are granted 20 days from the date of this Order in which to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

The Clerk is directed to provide copies of this Order to counsel for Petitioner, all counsel of record in Montana Nineteenth Judicial District Court, Lincoln County, in Cause Nos. DC-21-68 and DC-21-69, and the Honorable Matthew J. Cuffe, District Judge.

DATED this 8th day of October, 2021.

_____
Justice